THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:12cv14

| | |
|---|---|
| EARL HOYLE and wife PATRICIA HOYLE, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WELLS FARGO BANK, N.A., )<br>successor by merger to WELLS )<br>FARGO BANK MINNESOTA, N.A., )<br>as trustee f/k/a NORWEST BANK )<br>MINNESOTA, N.A., as trustee for )<br>the registered holders of )<br>RENAISSANCE HOME EQUITY )<br>LOAN ASSET-BACKED )<br>CERTIFICATES, series 2004-1, and )<br>OCWEN LOAN SERVICING, LLC, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Consent Motion to Remand to the Superior Court Division of Haywood County. [Doc. 5].

For the reasons stated in the Defendants' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Remand [Doc. 5] is **GRANTED**, and this civil action is hereby **REMANDED** to the Superior Court of Haywood County, North Carolina.

**IT IS SO ORDERED**.

Signed: March 5, 2012

Martin Reidinger
United States District Judge